# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,753,440

Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## DORA THE EXPLORER

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
C/O MICHAEL MAOZ, ROBIN SILVERMAN
NEW YORK, NY 10036

FOR: BATHING SUITS, BATHROBES, BEACH-WEAR, CLOTHING BELTS, SHORTS, JACKETS, COATS, SOCKS, FOOTWEAR, BANDANNAS, SWEATERS, HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECK-WEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TURTLE-NECKS, UNDERCLOTHES, VESTS, WARM-UP SUITS, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-2001; IN COMMERCE 3-1-2001.

SN 75-805,114, FILED 10-13-1999.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,881,965**

## United States Patent and Trademark Office

Registered Sep. 7, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## DORA

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: BATHING SUITS, BATHROBES, BEACH-WEAR, CLOTHING BELTS, SHORTS, JACKETS, COATS, SOCKS, FOOTWEAR, BANDANNAS, SWEATERS, HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECK-WEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TURTLE-NECKS, UNDERCLOTHES, VESTS, WARM-UP SUITS, HEADWEAR, ALL MARKETED IN CON-NECTION WITH A CHILDREN'S ANIMATED TEL-EVISION SERIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2002; IN COMMERCE 1-1-2002.

THE NAME IN THE MARK DOES NOT IDENTI-FY A LIVING INDIVIDUAL.

SN 75-830,330, FILED 11-11-1999.

DOUGLAS LEE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,913,417

Registered Dec. 21, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## DORA

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: GAMES AND PLAYTHINGS, NAMELY, CARD GAMES, DARTS, DOLLS; ACTION FIGURES AND ACCESSORIES THEREOF; STAND ALONE VIDEO GAME MACHINES UTILIZING CD ROM'S, STAND ALONE VIDEO GAME MACHINES, STAND ALONE AUDIO OUTPUT GAME MACHINES, AND BOARD GAMES; SPORTING ARTICLES, NAMELY, GOLF CLUBS, BASEBALLS, FOOTBALLS, PADDLE BALLS, BASEBALL BATS; DECORATIONS FOR CHRISTMAS TREES ALL MARKETED IN CONNECTION WITH A CHILDREN'S ANIMATED TELEVISION SERIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2001; IN COMMERCE 7-1-2001.

THE NAME IN THE MARK DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SN 75-830,331, FILED 11-11-1999.

REBECCA GILBERT, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,221,033
Registered Dec. 21, 1982

**TRADEMARK**
**Principal Register**

**GARFIELD**

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: DOLLS, BALLOONS, AND JIGSAW PUZZLES, in CLASS 28 (U.S. Cl. 22).

First use Mar. 20, 1981; in commerce Mar. 20, 1981.

Owner of U.S. Reg. No. 1,151,014.

Sec. 2(f).

Ser. No. 331,131, filed Oct. 5, 1981.

AMOS T. MATTHEWS, JR., Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,269,955
Registered Mar. 13, 1984

## TRADEMARK
### Principal Register

## GARFIELD

United Feature Syndicate, Inc. (New York corporation)
200 Park Ave.
New York, N.Y. 10166

For: CLOTHING ITEMS—NAMELY, APRONS, BLANKET SLEEPERS, PAJAMAS, PANTIES, UNDERSHIRTS AND UNDERWEAR, in CLASS 25 (U.S. Cl. 39).

First use Jun. 1981; in commerce Jun. 1981.

Sec. 2(f).

Ser. No. 372,641, filed Jul. 1, 1982.

STEWART J. BELLUS, Examining Attorney

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,624,278
Registered Sep. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## SPONGEBOB SQUAREPANTS

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: SHORTS, COATS, SOCKS, FOOTWEAR, CLOTHING BELTS, BANDANNAS, SWEATERS, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECKWEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TUR-TLENECKS, UNDERCLOTHES, VESTS, WARM-UP

SUITS, HEADWEAR, BATHROBES, BEACHWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2000; IN COMMERCE 10-1-2000.

OWNER OF U.S. REG. NO. 2,355,702.

SER. NO. 76-269,056, FILED 6-7-2001.

BRETT TOLPIN, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,897,977**

**United States Patent and Trademark Office**   Registered Oct. 26, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## SPONGEBOB

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: BATHING SUITS, BATHROBES, BEACH-WEAR, CLOTHING BELTS, SHORTS, JACKETS, COATS, SOCKS, FOOTWEAR, BANDANAS, SWEATERS, HALLOWEEN COSTUMES, DRESSES, GLOVES, GYM SHORTS, EAR MUFFS, NECKWEAR, PAJAMAS, PANTS, SHIRTS, SKI WEAR, SLACKS, SUN VISORS, SUSPENDERS, TURTLE-NECKS, UNDERCLOTHES, VESTS, WARM-UP SUITS, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

OWNER OF U.S. REG. NO. 2,355,702.

SN 78-069,262, FILED 6-15-2001.

SUELLEN HICKEY, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# SPONGEBOB SQUAREPANTS

**Reg. No. 4,475,397**

**Registered Jan. 28, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

VIACOM INTERNATIONAL INC. (DELAWARE CORPORATION)
1515 BROADWAY
NEW YORK, NY 10036

FOR: GAMES AND PLAYTHINGS, NAMELY, CARD GAMES, DARTS, DOLLS; PLUSH DOLLS; ACTION FIGURES AND ACCESSORIES THEREOF; STAND ALONE VIDEO GAME MACHINES UTILIZING CD ROM'S, STAND ALONE VIDEO GAME MACHINES, STAND ALONE AUDIO OUTPUT GAME MACHINES; DECORATIONS FOR CHRISTMAS TREES; SPORTING ARTICLES, NAMELY, GOLF CLUBS, BASEBALLS, FOOTBALLS, PADDLE BALLS, BOWLING BALLS, BASEBALL BATS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-10-2008; IN COMMERCE 4-10-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,355,702, 2,764,296, AND 2,811,653.

SER. NO. 86-042,710, FILED 8-20-2013.

DAVID BROOKSHIRE, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

<div style="border:1px solid black;padding:8px;text-align:center">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black;padding:8px;text-align:center">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.